

# Ohio Valley Environmental Coalition
*Celebrating 25 Years of Organized Voices and Empowered Communities*

P.O. 6753
Huntington, WV 25773-6753

www.ohvec.org

Ph. 304-522-0246
Fax 304-522-4079



FILED
SEP - 2 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

August 19, 2015

The Honorable Thomas E. Johnston
US. District Court for the Southern District of West Virginia
PO Box 2546
Charleston, WV 25329

RE: Victim Restitution for U.S. v. Dennis P. Farrell, et al, and related cases

Dear Judge Johnston:

On behalf of the Ohio Valley Environmental Coalition (OVEC) and the 300,000 victims of the Elk River chemical leak, I am writing to beseech you to consider awarding victim restitution in the US. v Dennis P. Farrell, et al. and related cases under the cy-près doctrine.

The Elk River chemical leak had life-altering impacts for those who experienced it. Undoubtedly, this and other lawsuits resulting from the disaster will produce much evidence to this effect. While many people have resumed normal water consumption, fear and mistrust amongst the populace lingers. Other cases have produced awards that assist the communities in resiliency efforts following similar crimes. In order to help the victims recover from this community trauma, this case should follow suit.

More than a year and a half following the event, the local and national media continue to document victims' stories. In January 2015, on the one-year anniversary of the MCHM pollution event, a large crowd gathered in Charleston – at the Cultural Center and for a candlelight service at the riverfront – to communicate a collective message that we are still struggling from the effects of this massive disaster. Many OVEC members were involved in this event, and the general sentiment was that they feel no safer – in terms of their water quality – in January 2015 than they were in January 2014. We know that all of our members and the general public could benefit from retribution funds being dispersed for the good of the community, to ensure that there are more prepared and resilient public

water systems in the Kanawha Valley and elsewhere in WV.

OVEC is a non-profit community organization which has many members in the areas affected by this and other chemical spills and leaks. We have been actively working to give voice to citizen concerns about water pollution and other environmental problems in West Virginia for more than 25 years.

Sincere thanks for your consideration of our concerns!

Robin L Blakeman, OVEC Organizer
PO Box 6753
Huntington, WV 25773