IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CRIMINAL NO. 2:14-cr-00264

DENNIS P. FARRELL -01
WILLIAM E. TIS -02
CHARLES E. HERZING -03
GARY L. SOUTHERN -04

    Defendants.

## ORDER

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Thomas E. Johnston, United States District Judge, to the Honorable John T. Copenhaver, Jr., United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Johnston, Judge Copenhaver, counsel of record, the defendants, the United States Marshal, and the United States Probation Office.

DATED:  June 14, 2018

_____
RORY L. PERRY II, Clerk of Court